740 A.2d 1138

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Edward BAKER, Respondent.**

**No. 092 E.D. Miscellaneous Docket 1999.**

Supreme Court of Pennsylvania.

Oct. 28, 1999.

## ORDER

PER CURIAM:

AND NOW, this 28th day of October 1999, the application for bail or conditional release and the application for immediate hearing on application for bail or conditional release are denied.